UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

          CRIMINAL NO. 05-80797

        Plaintiff,

v.

D-1    DARRYL ANDREW BARKER,

        Defendant.
_____/

## ORDER CONTINUING PRELIMINARY EXAMINATION

This matter coming before the court on the stipulation of the parties, it is ordered pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure that the preliminary examination in this case, now scheduled for October 28, 2005, be continued until November 30, 2005.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: October 25, 2005

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 25, 2005.

        S/Gina Wilson
        Judicial Assistant

2:05-mj-80797-SDP   Doc # 7   Filed 10/25/05   Pg 2 of 2   Pg ID 16